**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-20666-CIV-WILLIAMS**

MAERSK LINE A/S,

    Plaintiff,

v.

HARIBO FOOD 2004, INC.*, et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 67) ("***the Report***") on Plaintiff Maersk Line A/S's ("***Plaintiff***") Second Motion for Final Judgment in Garnishment (DE 65) ("***Motion for Final Judgment***") against Garnishee FirstBank Florida ("***Garnishee***") in the amount of $4,387.95. In the Report, Judge Torres recommends that the Court grants the Motion for Final Judgment, given that Garnishee failed to file a response in opposition to Plaintiff's Motion for Final Judgment and that no objections to the Report were filed by the prescribed deadline. (DE 67 at 1-2.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 67) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Second Motion for Final Judgment in Garnishment (DE 65) against Garnishee FirstBank Florida is **GRANTED**.
3. Plaintiff Maersk Line A/S shall be awarded judgment in garnishment in the amount of $4,387.95.
4. The Court reserves jurisdiction to enter all further orders as is necessary, including an order of execution against Garnishee's property if the judgment is not otherwise paid or

satisfied. Upon garnishment, FirstBank Florida shall be absolved of any further liability in this matter.

5. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 1st day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE